# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Capitol Infrastructure, LLC, *et al* | ) |
| | ) Case No. 12-11362 (KG) |
| Debtor. | ) Jointly Administered |
| | ) |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | ) |
| | ) Adv. Pro. No. 14-50298 (KG) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Cisco Systems, Inc., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CONTEMPLATED SETTLEMENT

1.   Jeoffrey L. Burtch, Chapter 7 Trustee and Plaintiff in this action, gives notice of a settlement of this action. A letter of confirmation has been sent and a settlement document is in the process of being executed, and will provide for a settlement payment to the Chapter 7 Estate (the "Settlement").

2.   Formal approval for this Settlement will be sought by a subsequent motion and or notice in accordance with the applicable Bankruptcy Rules and procedures in this case.

Dated: October 8, 2014
Wilmington, Delaware

COOCH AND TAYLOR, P.A.

*/s/ R. Grant Dick IV*
R. Grant Dick IV (No. 5123)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19801
Telephone: (302) 984-3800
Fax: (302) 984-3939
E-mail: gdick@coochtaylor.com

*Attorney for Jeoffrey L. Burtch, Chapter 7 Trustee*